UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

XZAIBIA LAVON WOOTEN,
    Plaintiff

vs.                                        Case No.:  3:21cv416/MCR/EMT

TYLER MCCRANIE, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 21, 2022 (ECF No. 57).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 57) is adopted and incorporated by reference in this order.

2. Defendants' Motion to Dismiss (ECF No. 33) is **GRANTED**, and Plaintiff's claims for monetary damages against Defendants Bishop, Simmons, Manners, McCranie, and Burns in their official capacities are **DISMISSED with prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(iii) and 1915A(b)(2).

3. Plaintiff's Motion to Amend Complaint (ECF No. 59) and Motion for Appointment of Counsel (ECF No. 60) are referred to the magistrate judge for further consideration.

**DONE AND ORDERED** this 15th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv416/MCR/EMT